Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE DEJESUS ISLAS, | Case No. SACV 06-452-ODW (OP) |
| Petitioner, | J U D G M E N T |
| vs. | |
| D. L. OLLISON, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 6/11/09

HONORABLE OTIS D. WRIGHT, II
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge